858

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WESLEY WASHINGTON, Defendant-Appellant.

(No. 59434;

First District (5th Division)—March 22, 1974.

PER CURIAM.
BARRETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Richard Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DENNIS J. SMITH, Defendant-Appellant.

(No. 57114;

First District (2nd Division)—March 26, 1974.